IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NVR, Inc., | : **Case No.** 2:18-cv-1335-NR |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | **:** |
| Majestic Hills, LLC; JND Properties, | : |
| LLC.; Pennsylvania Soil and Rock | : |
| Incorporated; Mark R. Brashear; | : |
| Alton Industries, Inc.; Joseph N.: | : |
| DeNardo d/b/a J.N.D. Properties; and | : |
| Shari DeNardo, | : |
| | : |
| Defendants, | : |
| | : |
| v. | : **Related to Doc. No.** 312 |
| Strnisha Excavation, Inc. and | : |
| Morris Knowles & Associates, Inc., | : |
| | : |
| Third Party Defendants. | : **Document No.** |

## MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF MOTION FOR STAY AS *AMICI CURIAE*

Pursuant to this Honorable Court's inherent authority *Amici Curiae* herein

respectfully move this Honorable Court for leave to file the accompanying brief,

attached hereto as Exhibit 1, in support of the Motion for Stay.[1]  *Amici Curiae*

---

[1] In the Third Circuit, and sister Circuits, district courts have inherent authority to appoint or deny amici.  *E.g.*, *Harris v. Pernsley*, 820 F.2d 592, 603 (3d Cir. 1987); *United States ex rel. Gudur v. Deloitte Consulting Llp*, 512 F. Supp. 2d 920, 2007 U.S. Dist. LEXIS 18297 (S.D. Tex. 2007), aff'd, 2008 U.S. App. LEXIS 17038 (5th Cir. Aug. 7, 2008); *see also CSX Transp., Inc. v. City of Phila.*, No. 04-CV-5023, 2005 U.S. Dist. LEXIS 14300 *1, *18 (E.D. Pa. July 15, 2005). As the Third Circuit Court of Appeals noted in *Neonatology Associates*, only a "small body" of judicial opinions indicate a disfavoring of amici briefs. 293

homeowners are Jeffery and Christine Swarek, Jeanne Hecht, Rajiv and Namrata Bhatt, Brian and Jessica Sanders, Suzanne and Douglas Grimes, and Elizabeth and Christopher Phillips (hereinafter "Homeowners"). The Homeowners all had their homes lost or affected by the Majestic Hills landslide, with three of the homes demolished, one of the homes condemned as unlivable, and two of the homes otherwise affected. By all accounts, the Homeowners have suffered tremendous losses.

While not parties to the instant proceedings, the Homeowners all filed lawsuits which are now part and parcel of the Majestic Hills, LLC Bankruptcy proceedings. As it stands now, the September 27-28, 2021, Hearing on the Bankruptcy Plan Confirmation is the closest the Homeowners have been to resolution of their disputes and receiving compensation for their losses since the landslide took or affected their homes and uprooted their lives back in 2018.

Many of the moving parties to the Motion for Stay are contributing parties to the monetary elements of the Bankruptcy Plan that, if confirmed, would allow the Homeowners to get compensation for their losses and move on with their lives.

---

F.3d 128, 130 (citing *National Org. for Women, Inc. v. Scheidler,* 223 F.3d 615 (7th Cir.2000); *Ryan v. CFTC,* 125 F.3d 1062 (7th Cir.1997) (single judge opinion); *Liberty Lincoln Mercury, Inc. v. Ford Marketing Corp.,* 149 F.R.D. 65, 82 (D.N.J.1993); *Yip v. Pagano,* 606 F.Supp. 1566, 1568 (D.N.J.1985)). Consideration of this brief is proper because Homeowners have a significant interest in the Defendants' Motion for Stay, the brief is desirable and helpful in determining whether the Motion for Stay should be granted, and the brief is relevant to the instant motion. *Neonatology Assocs., P.A. v. Commissioner,* 293 F.3d 128, 131 (3d Cir. 2002).

Without a stay of the instant matter, the Homeowners are concerned that the expenditure of additional monies by those contributing parties, in order to proceed with discovery and comply with this Honorable Court's Case Management Order, will adversely affect the ability of the Homeowners to have the Bankruptcy Plan confirmed and receive compensation for their losses.

The world is not being asked for – only a short stay of this Honorable Court's case management order to allow for all involved, the moving parties, the opposing party, and the within *amici* parties, to have a Bankruptcy Plan confirmation hearing without the financial ramifications, as outlined in the Motion for Stay, impacting, or potentially impacting, the ability to have the Bankruptcy Plan confirmed.  A stay would promote judicial economy and the financial welfare of the Homeowners, of which amici would submit they, the Homeowners, are the most financially vulnerable and hardest hit of all the persons/entities involved in the landslide, even if not the largest, in terms of dollars, claim on record.  Thus, the Homeowners respectfully request this Court grant Defendants' Motion for Stay for the next 60 days until the Bankruptcy Plan hearing occurs and the Plan is either confirmed or denied.

WHEREFORE, we respectfully request that this Court grant leave to file an amicus curiae brief in support of Defendants' Motion for Stay.

Respectfully submitted,


_____/s/ John B. Cromer_____          Date:__August 6, 2021_____
John B. Cromer, Esquire
Burke Cromer Cremonese, LLC
517 Court Place
Pittsburgh, PA 15219
(412) 904-3360
jcromer@bccattorneys.com

_____/s/ Lauren L. Mathews_____          _____/s/ Douglas R. Nolin_____
Lauren L. Mathews, Esquire                      Douglas R. Nolin, Esquire
The Lynch Law Group                             Thomas Steele, Esquire
501 Smith Drive, Suite 3                        Peacock Keller, LLP
Cranberry Township, PA 16066                    95 W. Beau St., Ste. 600
(724) 776-8000                                  Washington, PA 15301
*Attorney for Brian Sanders, Jessica Sanders,*  (724) 471-6650
*Rajiv Bhatt, and Namrata Bhatt*                *Attorneys for Jeanne E. Hecht*


_____/s/ Robert O. Lampl_____          _____/s/ Frank Kosir, Jr._____
Robert O. Lampl, Esquire                        Frank Kosir, Jr., Esquire
Ryan Cooney, Esquire                            Brandon B. Rothey, Esquire
Law Offices of Robert O. Lampl                  Meyer, Unkovic & Scott, LLP
225 Fourth Avenue                               Henry W. Oliver Building
Pittsburgh, PA 15222                            535 Smithfield Street, Suite 1300
(412) 392-0330                                  Pittsburgh, PA 15222
*Attorneys for Christopher Phillips and*        (412) 456-2800
*Elizabeth Phillips*                            *Attorneys for Douglas Grimes and Suzanne*
                                                *Grimes*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NVR, Inc., | : | Case No. 2:18-cv-1335-NR |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | :: | |
| | : | |
| Majestic Hills, LLC; JND Properties, LLC.; | : | |
| Pennsylvania Soil and Rock Incorporated; | : | |
| Mark R. Brashear; Alton Industries, Inc.; | : | |
| Joseph N.: DeNardo d/b/a J.N.D. Properties; | : | |
| and Shari DeNardo, | : | |
| | : | |
| Defendants, | : | |
| | : | |
| v. | : | Related to Doc. No. 293-294 |
| | : | |
| Strnisha Excavation, Inc. and   Morris | : | |
| Knowles & Associates, Inc., | : | Document No. |
| | : | |
| Third Party Defendants. | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I, John B. Cromer, Esquire, on behalf of the *Amici* Homeowners, hereby certify that I filed

the within *Motion for Leave to File Brief as Amici Curiae* electronically using the ECF system,

and the same is available for viewing and downloading by the following counsel of record:

Kathleen A. Gallagher, Esquire
Russell D. Giancola, Esquire
GALLAGHER GIANCOLA, LLC
436 Seventh Avenue, 31st Floor
Pittsburgh, PA 15219
*Counsel for NVR, Inc. d/b/a Ryan Homes*

Donald R. Calaiaro, Esquire
 David Valencik, Esquire
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
*Counsel for Debtor, Majestic Hills, Inc.*

John J. Richardson, Esquire
BERNSTEIN-BURKLEY, P.C.
707 Grant Street, Suite 2200
Gulf Tower
Pittsburgh, PA  15219-1900
*Counsel for JND Properties, LLC,*
*Joseph N. DeNardo d/b/a J.N.D. Properties*
*and Shari DeNardo*

John C. Brzustowicz, Esquire
Marjorie A. Marotta, Esquire
BRZUSTOWICZ & MAROTTA, P.C.
4160 Washington Road, Suite 208
McMurray, PA  15317
*Counsel for Strnisha Excavation, Inc.*

Samuel H. Simon, Esquire
Catherine S. Loeffler, Esquire
HOUSTON HARBUGH, P.C.
401 Liberty Avenue
Three Gateway Center – 22nd Floor
Pittsburgh, PA  15222
*Counsel for Morris Knowles & Associates, Inc.*

Robert Arcovio, Esquire
Dennis J. Geis, Jr., Esquire
Steven Plonski, Esquire
MARGOLIS EDELSTEIN
Henry W. Oliver Building
535 Smithfield Street, Suite 1100
Pittsburgh, PA  15222
*Counsel for Alton Industries, Inc.*

Paul K. Geer, Esquire
DiBELLA GEER McALLISTER BEST
20 Stanwix Street, 11th Floor
Pittsburgh, PA  15222
*Counsel for Strnisha Excavation, Inc.*

Henri Marcel, Esquire
Deasy, Mahoney & Valentini, Ltd.
1601 Market Street, Suite 3400
Philadelphia, PA 19103
*Counsel for Pennsylvania Soil & Rock, Inc.*
*and Mark R. Brashear*

Respectfully Submitted,


_____*/s/ John B. Cromer*_____          Date <u>August 6, 2021</u>
John B. Cromer, Esquire
PA ID # 66773
BURKE CROMER CREMONESE, LLC
517 Court Place
Pittsburgh, PA 15219
P: (412) 904-3360
F: (412) 904-3799
jcromer@bccattorneys.com